IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| THOMAS MOLETTE, § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | C.A. NO. C-06-268 |
| § | |
| GRANDE COMMUNICATIONS, INC., § | |
| § | |
| Defendant. § | |

## ORDER OF REMAND

On this day the Court held a telephone conference in the above-styled action. During the telephone conference, Plaintiff and Defendant made a joint motion to remand the case to state court. The Court GRANTS the parties' joint motion to remand and the above-styled action is REMANDED pursuant to 28 U.S.C. § 1447(c) to the 94th Judicial District Court of Nueces County, Texas, where it was originally filed and assigned Cause Number 06-02411-C.

SIGNED and ENTERED this 11th day of July, 2006.

_____
Janis Graham Jack
United States District Judge